No. 338. McClelland *v.* Board of Supervisors of Los Angeles County et al. Certiorari denied. *John W. Preston* for peti-

tioner. *Harold W. Kennedy* for respondents.

